

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-21-00352-CV

**IN RE BROWN SIMS, P.C. AND NELSON D. SKYLER**,

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-18-55
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
          Luz Elena D. Chapa, Justice
          Liza A. Rodriguez, Justice

We **grant** the unopposed motion for extension of time to file a response to the petition for a writ of mandamus. We order the response due **September 24, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court